IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VERNON MADISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09-00009-KD-B |
| | ) | |
| RICHARD ALLEN, | ) | |
|    Commissioner of the Alabama | ) | |
|    Department of Corrections, and the | ) | |
|    ATTORNEY GENERAL OF THE | ) | |
|    STATE OF ALABAMA | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment be entered in favor of Respondents and against Petitioner Vernon Madison.

**DONE** and **ORDERED** this the **21st** day of **March, 2011.**

                                                   s/ Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**