# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| VERNON MADISON, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) CIVIL ACTION NO. 1:09-00009-KD-B<br>) |
| RICHARD ALLEN,<br>    Commissioner of the Alabama<br>    Department of Corrections, and the<br>    ATTORNEY GENERAL OF THE<br>    STATE OF ALABAMA | )<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

## ORDER

This matter is before the Court on the "Motion to Withdraw and Notification of Substitute Counsel" (Doc. 43-1) filed by John P. Furman ("Furman"), counsel for Petitioner Vernon Madison ("Madison"). Furman alleges a breakdown in attorney-client relations between himself and Madison and states that the Equal Justice Initiative of Montgomery, Alabama, has offered to undertake further representation of Madison.

Accordingly, it is **ORDERED** that Furman's motion to withdraw (Doc. 43-1) is **GRANTED** upon the appearance in this case of counsel from the Equal Justice Initiative on behalf of Madison.

**DONE** and **ORDERED** this the **20th** day of **April, 2011.**

                                        s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**