IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VERNON MADISON, )<br>　　　Petitioner, )<br>　　　　　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>KIM THOMAS, Commissioner, )<br>Alabama Department of Corrections, *et al*, )<br>　　　Respondents. ) | CIVIL ACTION NO. 09-00009-KD-B |

**ORDER**

This action is before the Court on the Respondents' Motion to Stay and Hold in Abeyance (Doc. 59) and the Petitioner's Response thereto (Doc. 64).

Specifically, Respondents seek entry of a stay in this case pending their anticipated filing of an appeal in the United States Supreme Court. Petitioner does not oppose the Respondents' request but suggests a continuance rather than a stay, noting that the Court does not have the power to formally stay proceedings without an order from the Supreme Court or the Eleventh Circuit recalling the mandate. *See* 28 U.S.C. § 2101(f); Hovater v. Equifax Servs., Inc., 669 F. Supp. 392, 393-394 (N.D. Ala. 1987). Regardless, because the Respondents have not yet filed the appeal, the motion is premature.[1] Accordingly, it is **ORDERED** that the Respondents' Motion to Stay and Hold in Abeyance (Doc. 59) is **DENIED.** Respondents, however, are granted leave to file a motion to continue the proceedings if and when the appeal is filed in the Supreme Court. Until such time, the present schedule stands.

**DONE** and **ORDERED** this the **8th** day of **August 2012.**

　　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] The Court's review of the United States Supreme Court's docket indicates that to date, no such appeal has been filed. *See* http://www.supremecourt.gov/docket/docket.aspx (last visited 8/8/12).